**SECOND DIVISION**
**BARNES, P. J.,**
**MCMILLIAN and RAY, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**September 26, 2013**

# In the Court of Appeals of Georgia

A11A0803. STRATACOS v. THE STATE.

BARNES, Presiding Judge.

In *Stratacos v. State*, ___ Ga. ___ (Case No. S12G0548, Decided July 11, 2013), the Georgia Supreme Court affirmed in part and reversed in part the judgment of this court in *Stratacos v. State*, 312 Ga. App. 783 (720 SE2d 256) (2011). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed in part and reversed in part. McMillian and Ray, JJ., concur.*